**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 4:19-cv-00715** |
| **ADVOCARE INTERNATIONAL, INC.,** | § | |
| **A limited partnership, BRIAN** | § | |
| **CONNOLLY, DANNY McDANIEL,** | § | |
| **DIANE McDANIEL, CARLTON** | § | |
| **HARDMAN and LISA HARDMAN,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' NOTICE OF MAKING INITIAL DISCLOSURES**

Defendants Danny McDaniel and Diane McDaniel ("Defendants") serve this Notice of

Making Initial Disclosures, and state:

Today the Defendants served upon the Plaintiff the disclosures required by Fed. R. Civ.

P. 26(a)(1)(A) along with the additional information required by the Court's order.

> **BANOWSKY & LEVINE, P.C.**
>
> /s/ Baxter W. Banowsky
> Baxter W. Banowsky
> State Bar No. 00783593
> bwb@banowsky.com
> Scott D. Levine
> State Bar. No. 00784467
> sdl@banowsky.com
>
> 12801 N. Central Expy., Ste 1700
> Dallas, Texas 75243
> (214) 871-1300
> (214) 871-0038 (facsimile)
>
> **ATTORNEYS FOR DANNY
> AND DIANE McDANIEL**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served upon all counsel of record herein, via the Court's ECF system, contemporaneously with its filing.


/s/ Baxter W. Banowsky