## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) Case No. 4:19-cv-00715 |
|  | ) |
| v. | ) |
|  | ) |
| ADVOCARE INTERNATIONAL, L.P., a limited partnership, | ) |
|  | ) |
| BRIAN CONNOLLY, | ) |
|  | ) |
| DANNY McDANIEL, | ) |
|  | ) |
| DIANE McDANIEL, | ) |
|  | ) |
| CARLTON HARDMAN, and | ) |
|  | ) |
| LISA HARDMAN, | ) |
|  | ) |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES**

In accordance with Local Rule CV-26(c), Plaintiff, the Federal Trade Commission, files this notice concerning its Initial Disclosures to Defendants Danny McDaniel and Diane McDaniel ("the McDaniels"). Plaintiff served its Initial Disclosures to the McDaniels by email, in accordance with an agreement with their counsel, Baxter Banowsky, on December 16, 2019, and has also sent its Initial Disclosures to the McDaniels via counsel by mail for delivery on December 17, 2019.

Respectfully submitted,

Alden F. Abbott
General Counsel

Dated:   December 16, 2019

/s/ Aaron Haberman
AARON HABERMAN
Texas Bar No. 24092468
M. HASAN AIJAZ
Virginia Bar No. 80073
THOMAS B. CARTER
Texas Bar No. 03932300
REID TEPFER
Texas Bar No. 24079444

Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9381; ahaberman@ftc.gov
(214) 979-9386; maijaz@ftc.gov
(214) 979-9372; tcarter@ftc.gov
(214) 979-9395; rtepfer@ftc.gov

Fax: (214) 953-3079

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

    The undersigned Plaintiff's Counsel, Aaron Haberman, certifies that this document, Plaintiff's Notice of Initial Disclosures, was served on counsel of record for all Defendants on December 16, 2019, through this Court's ECF system at the time of this filing.

                                          /s/ Aaron Haberman