# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19cv715-SD |
| | § | |
| ADVOCARE INTERNATIONAL, LP, | § | |
| ET AL. | § | |

## ORDER

It is **ORDERED** that the Rule 16 management conference in this case is reset from January 7, 2020 to January 15, 2020 at 11:00 am before the undersigned at the U.S. Courthouse located at 7940 Preston Road, Courtroom 105, Plano, TX 75024.

**So ORDERED and SIGNED this 3rd day of January, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE